IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LATRAYL D. ARTHER,

    Petitioner,            No. CIV S-07-2120 LEW DAD P

    vs.

BOARD OF PAROLE HEARINGS, et al.,

    Respondents.            ORDER

                                 /

           Petitioner, a state prisoner proceeding pro se with an amended petitioner for a writ of habeas corpus, has requested appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel.

/////
/////
/////
/////

1

1    Accordingly, IT IS HEREBY ORDERED that petitioner's December 20, 2007
2 request for appointment of counsel is denied.
3 DATED: January 7, 2008.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:cm/4
arth2120.110